JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARB, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ABENER TEYMA MOJAVE GENERAL PARTNERSHIP, a Delaware general partnership, et al.,<br><br>Defendants. | Case No. 5:15-cv-00850-VAP-JPR<br><br>Assigned For All Purposes To:<br>Judge Virginia A. Phillips<br>Dept.: 2  OH<br><br>ORDER ~~GRANTING~~ STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO THEREAFTER REMAND ACTION TO STATE COURT<br><br><br>Date Action Filed:  January 14, 2015<br>Trial Date:            None |

Pursuant to the parties' Stipulation and for good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

(1) Plaintiff shall have leave to file its Second Amended Complaint, a copy of which is attached to the parties' Stipulation as Exhibit A, and such Second Amended Complaint shall be deemed to have been filed and served on the date this Stipulation is approved by the Court; and

(2) As soon as reasonably practicable after Plaintiff's Second Amended

Rutan & Tucker, LLP
attorneys at law

2649/025150-0040

[PROPOSED] ORDER GRANTING
STIPULATION TO FILE SAC AND REMAND
ACTION TO STATE COURT

1

1 | Complaint is filed with the Court, the action shall be remanded to state court.

2 | **IT IS SO ORDERED.**

3 | Dated: May 19 2015

*Virginia A. Philips* (signature)
Hon. Virginia A. Philips
Judge, United States District Court

Rutan & Tucker, LLP
attorneys at law

2649/025150-0040

-2-

[PROPOSED] ORDER GRANTING
STIPULATION TO FILE SAC AND REMAND
ACTION TO STATE COURT